UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KERRI YOUNGREN,

                       Plaintiff,               **ORDER**
                                                                         CV 03-4556(TCP) (ARL)

       -against-

ANTONIO OSBORNE and AVIS RENT A
CAR SYSTEM, INC.,

                       Defendants.
-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      The parties have submitted their proposed Joint Pretrial Order. After examination of the order, this Court finds that it substantially complies with the requirements of District Judge Platt.

      Accordingly, the Joint Pretrial Order is accepted for filing subject to the rulings of District Judge Platt with respect to the parties' objections as to the introduction of certain witnesses and exhibits. The action will be tried in accordance with the discretion and the trial calendar of District Judge Platt.


Dated:  Central Islip, New York                SO ORDERED:
          April 28, 2005

                                                         _____/s/_____
                                                           ARLENE ROSARIO LINDSAY
                                                           United States Magistrate Judge